# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID LEE QUINTANA, | ) | Case No: 4:02CV3194 |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DIRECTING CLERK** |
| v. | ) | **TO RETURN STATE COURT** |
| | ) | **RECORDS** |
| HAROLD CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

The above referenced case is closed and the appeal time has expired.

IT IS ORDERED that the State Court Records filed as attachments to Filing #21, be returned to Susan Gustafson, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in the Clerk of the United States District Court's office, Room 593, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.

DATED this 9th day of April, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge